UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF RHODE ISLAND

CESAR PORTORREAL

v.                                                                                          C.A. 07-296ML

MICHAEL J. ASTRUE,
Commissioner of Social Security

ORDER

The Findings and Recommendation of United States Magistrate Judge David L. Martin filed on September 25, 2008 in the above-captioned matter is accepted pursuant to Title 28 United States Code § 636(b)(1). The Defendant's Motion to Affirm the Decision of the Commissioner is GRANTED and Plaintiff's Motion to Reverse or Remand is DENIED.

BY ORDER:

_____
Mary M. Lisi
Chief U.S. District Judge
October 21, 2008

Entered as an Order of this Court on October 21, 2008

_____
Deputy Clerk